Argued and submitted March 7, review dismissed as improvidently allowed
May 11, 1995

In the Matter of the Compensation of
Todd M. Brodigan, Claimant.

Todd M. BRODIGAN,
*Petitioner on Review,*

*v.*

ESCO CORPORATION,
*Respondent on Review,*

*and*

DEPARTMENT OF CONSUMER
AND BUSINESS SERVICES,
*Intervenor.*

(WCB 91-12483; CA A79676; SC S41598)

893 P2d 1049

Kevin Keaney, of Pozzi Wilson Atchison, Portland, argued the cause and filed the briefs for petitioner on review.

Craig A. Staples, of Roberts, Reinisch, Mackenzie, Healey & Wilson, P.C., Portland, argued the cause and filed the brief for respondent on review.

Richard D. Wasserman, Assistant Attorney General, Salem, argued the cause for intervenor. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

MEMORANDUM OPINION

Review dismissed as improvidently allowed.